MN-305

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

In RE:

Patricia M. Scherfenberg

Case No. 09-31685
Chapter 7

Debtor.

## UNCLAIMED DIVIDENDS/DISTRIBUTION LESS THAN $5.00 FOR DEPOSIT TO REGISTRY FUND

Please Check One:

☒ Unclaimed Dividends

☐ Distribution Less Than $5.00

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| PRA Receivables Management, LLC As Agent Of Portfolio Recovery Assocs., c/o Hsbc, POB 12914 Norfolk, VA 23541 | 7 | 2,986.52 | 282.54 |

Date:   May 17, 2010

Patti J. Sullivan, Trustee

DISTRIBUTION:
Original to Clerk of Court

RECEIVED 10 MAY 20 AM 9:47 U.S. BANKRUPTCY COURT ST. PAUL, MN